# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 96-20136
Summary Calendar

MARK E. RICHARDS,

Plaintiff-Appellant,

versus

TDC; K.K. COBLE; DONNA S.
BENEZE RIGGS,

Defendants-Appellees.

Appeal from the United States District Court
For the Southern District of Texas
(CA-H-95-5511)

June 21, 1996

Before POLITZ, Chief Judge, KING and DENNIS, Circuit Judges.

PER CURIAM:[*]

Mark E. Richards, a Texas state prisoner, appeals the 28 U.S.C. § 1915(d) dismissal

as frivolous of his *in forma pauperis* petition for a declaratory judgment seeking, *inter alia*,

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

modification of the decree issued in **Coble v. Texas Department of Corrections.**[1] Richards complains of a lack of privacy while bathing and using the toilet.

For essentially the reasons assigned by the district court in its Memorandum on Dismissal signed January 24, 1996 and entered January 26, 1996, the judgment appealed is AFFIRMED.

---

[1]No. H-77-707 (S.D.Tex. Dec. 20, 1982).